## WASHUM, DBA LOS ANGELES-YUMA FREIGHT LINES, ET AL. v. UNITED STATES ET AL.

No. 374.   Decided October 27, 1969

*James W. Wrape* and *Robert E. Joyner* for appellants.

*Solicitor General Griswold, Assistant Attorney General McLaren, Robert W. Ginnane,* and *Nahum Litt* for the United States et al., and *Robert Y. Schureman* for Consolidated Copperstate Lines et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## COX, GUARDIAN v. TENNESSEE, BY AND THROUGH ITS ATTORNEY GENERAL, ET AL.

No. 430.   Decided October 27, 1969

*Thomas F. Turley, Jr.,* for appellant.

*Thomas E. Fox,* Deputy Attorney General of Tennessee, and *C. Hayes Cooney,* Assistant Attorney General, for appellees.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.